1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER WOODS,<br><br>               Plaintiff,<br><br>   v.<br><br>COUNTY OF LOS ANGELES et al.,<br><br>              Defendants. | Case No. 2:20-cv-04474-AB (MAA)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the briefs and documents filed in support of and in opposition to County of Los Angeles's Motion to Quash Service Re: Lance Willison (ECF No. 71), the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the time for filing objections has expired and no objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that:

1.     The Report and Recommendation of the Magistrate Judge is ACCEPTED;

2.     Plaintiff's Request for Evidentiary Ruling is DENIED.

3.    County of Los Angeles's Motion to Quash Service Re: Lance Willison is DENIED WITHOUT PREJUDICE for lack of standing.

DATED: March 30, 2022

_____
ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE