JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER WOODS NYARECHA, individually; ESTATE OF LEWIS NYARECHA, by and through Peter Woods, successor in interest,<br><br>*Plaintiffs*,<br><br>v.<br><br>COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, DEPUTY MARKUS CRUZ, DEPUTY STEPHAN SAENZ, DEPUTY TYLER SNELL, and DEPUTY K. BLANDON,<br><br>*Defendants*. | Case No. 2:20-cv-04474 AB-MAA<br><br>**JUDGMENT FOLLOWING ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [150]** |

This action came on for hearing before the Court on the above-stated date, Hon. Wesley L. Hsu, District Court Judge Presiding, on a Motion for Summary Judgment filed by Defendants COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, DEPUTY MARKUS CRUZ, DEPUTY STEPHAN SAENZ, DEPUTY TYLER SNELL, and DEPUTY K. BLANDON. The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Judgment shall be entered in favor of Defendants on all claims asserted in this action by Plaintiffs Peter Woods Nyarecha and Estate of Lewis Nyarecha, by and through Peter Woods.
2. Plaintiffs shall take nothing in this action.
3. Defendant shall not recover costs because it did not specify its costs request in its Motion for Summary Judgment and because it has not overcome the presumption against awarding costs to defendants in civil rights cases. *See, e.g.*, *Patton v. Cnty. of Kings*, 857 F.2d 1379, 1381 (9th Cir. 1988) ("A prevailing civil rights defendant should be awarded attorney's fees not routinely, not simply because he succeeds, but only where the action brought is found to be unreasonable, frivolous, meritless or vexatious.").
4. The trial set to begin on September 26, 2023, and all other pretrial dates are vacated.

**IT IS SO ORDERED.**

Dated: August 17, 2023

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

JUDGMENT FOLLOWING ORDER GRANTING
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT